300 F.3d 1144
 Arner J. MORGAN, JR., Plaintiff-Appellant,
v.
NATIONAL RAILROAD PASSENGER CORPORATION, dba Amtrak, Defendant-Appellee.
 No. 99-15374.
 United States Court of Appeals, Ninth Circuit.
 Filed August 23, 2002.
 
 On Remand from the United States Supreme Court. D.C. No. CV-96-03585-SYI.
 Pamela Y. Price, Esq., Price and Associates, Oakland, CA, for Plaintiff-Appellant.
 Kathleen J. Raynsford, Esq., Washington, DC, Theodora R. Lee, Kay M. LongMartin, Broadway Oakland, CA, for Defendant-Appellee.
 Before DONALD P. LAY,[1] D.W. NELSON, and THOMAS, Circuit Judges.
 
 ORDER
 
 1
 This case is remanded to the district court for further proceedings consistent with National R.R. Passenger Corp. v. Morgan, 535 U.S. ___, 122 S.Ct. 2061, 153 L.Ed.2d 106 (2002).
 
 
 
 Notes:
 
 
 [1]
 The Honorable Donald P. Lay, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation